

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

———

August 2, 2024

*Via ECF*
Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: USA vs. Boria (Kaliym Holmes)
1:17-cr-00142-RA

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
August 5, 2024

Dear Judge Abrams:

    I was appointed under the Criminal Justice Act ("CJA") as attorney for Kaliym Holmes in the above captioned matter. We have concluded our representation of Mr. Homes; therefore, I am respectfully requesting to be removed from notifications in this case. Your Honor's time and consideration of this request is greatly appreciated.

    Respectfully submitted,

    Lorraine Gauli-Rufo, Esq.

cc: All counsel of record